UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA                :

        - v. -                          :

CARLOS CUEVAS,                          :
JAMES YOON,
    a/k/a "Peter Kim,"                  :
THOMAS BUTLER, and
SHAWN ARMSTRONG,                        :

               Defendants.     :
- - - - - - - - - - - - - - - - -X

**REVISED ORDER**

07 Cr. 892 (JGK)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 28 2007

       Upon the application of the United States, by the United States Attorney for the Southern District of New York, by Assistant United States Attorney Marissa Molé;

       It is found that the Indictment in the above-captioned action was filed and sealed on or about September 20, 2007; and

       It is further found that the United States Attorney's Office applied to have the Indictment unsealed on September 22, 2007; and

       It is further found that Magistrate Judge Francis unsealed the Indictment on Saturday, September 22, 2007, but did not have the docket number at the time; and it is therefore

       ORDERED that the Indictment in the above-mentioned action be unsealed and remain unsealed pending further order of the court.

DATED:    New York, New York
           September 28, 2007

                                 _____
                                 UNITED STATES MAGISTRATE JUDGE

                                 JAMES C. FRANCIS IV
                                 UNITED STATES    MAGISTRATE JUDGE
                                 SOUTHERN DISTRICT OF NEW YORK