```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA

    -against-

CARLOS CUEVAS, et al.,
                             Defendants.
------------------------------------------------------------X

07 cr 892 (JGK)

**SPEEDY TRIAL ORDER**

**JOHN G. KOELTL, DISTRICT JUDGE:**

The parties are directed to appear for a conference on **Thursday, March 27, 2008 at 10:30am** before the Honorable John G. Koeltl.

The Court prospectively excludes the time from today until **March 27, 2008** in calculating the speedy trial date under 18 U.S.C. 3161 in order to assure effective assistance of counsel and because the ends of justice served by such a continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(A).

**SO ORDERED.**

Dated: New York, New York
       March 11, 2008

                                   *Miriam Goldman Cedarbaum*
                                **MIRIAM GOLDMAN CEDARBAUM**
                                **UNITED STATES DISTRICT JUDGE**
                                March 11, 2008